UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61640-CIV-ZLOCH

THOMAS NECKEL,

    Plaintiff,

vs.         **FINAL JUDGMENT**

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Complaint (DE 1-3) filed herein by Plaintiff Thomas Neckel. A jury trial was held before the Court between May 20, 2013, and May 22, 2013, in which the jury returned a Verdict in favor of Plaintiff as to part of Count II, and in favor of Defendant Blue Cross and Blue Shield of Florida, Inc. as to Counts I and III and part of Count II.

    Accordingly after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Thomas Neckel and against Defendant Blue Cross and Blue Shield of Florida, Inc. solely as to Plaintiff's claim for accrued vacation/sick pay contained in Count II of Plaintiff's Complaint (DE 1-3);

    2. Plaintiff, Thomas Neckel does have and recover from Defendant Blue Cross and Blue Shield of Florida, Inc., the sum of $3,071.69, plus interest thereon at the rate of .12% per annum, for

all of which let execution issue;

3. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Defendant Blue Cross and Blue Shield of Florida, Inc. and against Plaintiff Thomas Neckel on Count I of Plaintiff's Complaint (DE 1-3), Plaintiff's claim for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., Count III of Plaintiff's Complaint (DE 1-3), Plaintiff's claim for retaliation under the Fair Labor Standards Act, 29 U.S.C. § 215(a)(3), and Plaintiff's claim for unpaid commissions contained in Count II of Plaintiff's Complaint (DE 1-3); and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of May, 2013.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record